IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 7 - 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. **06 - CV - 00645**-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

DANIEL A. LOCKYEAR,

   Plaintiff,

v.

DR. MCLAUGHLIN at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211,
NURSE TAYLOR at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211,
NURSE WRIGLEY at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211,
P.A. ROBERTS at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211,
NURSE R.N. BASSET at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211,
PATRICIA JAHNER NURSE at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211,
DR. HOGAN at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211, AND
DR. CHADWICK at Buena Vista Minimum Center at P.O. Box 2005, Buena Vista, CO 81211,

   Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Letter to the Court, a Petition for Appointment of Counsel and Memorandum of Law, and a Prisoner Complaint. The court has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

### 28 U.S.C. § 1915 Motion and Affidavit:
(1) __ is not submitted
(2) __ is missing affidavit
(3) __ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __ is missing required financial information
(5) __ is missing an original signature by the prisoner
(6) __ is not on proper form (must use the court's current form)
(7) __ names in caption do not match names in caption of complaint, petition or habeas application
(8) __ An original and a copy have not been received by the court. Only an original has been received.
(9) __ other _____

### Complaint, Petition or Application:
(10) __ is not submitted
(11) __ is not on proper form (must use the court's current form)
(12) __ is missing an original signature by the prisoner
(13) __ is missing page nos. ___
(14) __ uses et al. instead of listing all parties in caption
(15) __ An original and a copy have not been received by the court. Only an original has been received.
(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) _X_ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 6th day of April, 2006.

BY THE COURT:

*Boyd N. Boland*
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06 - CV - 00645-BNB

Daniel A. Lockyear
Prisoner No. 105242
Buena Vista Minimum Center
PO Box 2005
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 4-7-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk