IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-00645-BNB

DANIEL A. LOCKYER,

      Plaintiff,

v.

DR. McLAUGHLIN,
NURSE TAYLOR,
NURSE WRIGLEY,
P.A. ROBERTS,
NURSE R.N. BASSET,
NURSE PATRICIA JAHNER,
DR. HOGAN, and
DR. CHADWICK,

      Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff filed a "Motion to Proceed In Forma Pauperis and Change Standing Order Thereof," on May 31, 2006. In the Motion, Plaintiff requests that the Court allow him to proceed without payment of an initial partial filing fee payment, even though he currently has $125.48 in his inmate account. The initial partial filing fee and the monthly payments are authorized by 28 U.S.C. § 1915. Plaintiff's request to proceed without payment of the initial partial filing fee is DENIED. Plaintiff is reminded that his initial partial filing fee is due on June 12, 2006. If Plaintiff fails to submit the initial fee of $30.00 or show cause why he has no assets or means by June 12, 2006, the Complaint and action will be dismissed without further notice.

      Plaintiff also filed a "Motion to Notify Courts of Correct Spelling of Plaintiff's Name." The correct spelling is so noted. The Clerk of the Court is directed to correct the Court Docket to read "Daniel A. Lockyer." Plaintiff's Motion to Notify is DENIED as moot.

      Plaintiff previously filed a "Petition for Appointment of Counsel and Memorandum of Law," on April 7, 2006. The Petition for Appointment of Counsel is DENIED as premature.

Dated: June 2, 2006

Copies of this Minute Order mailed on June 2, 2006, to the following:

Daniel A. Lockyer
Reg. No. 105242
2925 E. Las Vegas
Colorado Springs, CO 80906

_____
Secretary/Deputy Clerk